**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____Richmond_____ Division

In re   Lamont Harris

Debtor(s)



Case No.   19-32214-KRH

Chapter   7

2019 JUN -3 PM 3: 03

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___   Involuntary/Voluntary Petition *[Specify reason for amendment:* _____*]*
       *Check if applicable:* ___ Soc. Sec. No. amended.  **[If applicable: An original, signed Official Form 121 was
       mailed/hand-delivered to the Clerk's Office on_____.*]**
___   Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
___   Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
___   Schedule A/B - Property
✓   *Schedule C - The Property You Claim as Exempt*
___   Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
___   Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
       *( $31.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of
       debt.)*   Check applicable statement(s):
                    ___   **Creditor(s) added**   ___ **Creditor(s) deleted**
                    ___   **Change in amounts owed or classification of debt**
                    ___   **No pre-petition creditors added/deleted, or amounts owed or classification of debt
                          changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO
                          FEE)**
                    ___   **Post-petition creditors added (Schedule of Unpaid Debts)**
       **REMINDER:  Conversion of Chapter 13 to Chapter 7 – only file Schedule of Unpaid Debts.**
___   Schedule G - Executory Contracts and Unexpired Leases
___   Schedule H – Your Codebtors
___   Schedule I – Your Income
___   Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 –
Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry
of the amended Social Security Number into the case record.]**

___   Statement of Financial Affairs

___   Statement of Intention for Individuals Filing Under Chapter 7

___   Chapter 11 List of Equity Security Holders

___   *Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders*

___   Attorney's Disclosure of Compensation

___   Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the
amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities
affected by the amendment as follows: _____

Date: 6/3/2019 _____

                                    _____
                                    Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                                    State Bar No.:
                                    Mailing Address:

**Fill in this information to identify your case:**

Debtor 1 _Lamont_ _Harris_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Eastern_ District of _Virginia_

Case number _19  32214-KRH_
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _Lincoln Continental_  Line from *Schedule A/B*: _____ | $ _1500.00_ | ☐ $ _____  ☑ 100% of fair market value, up to any applicable statutory limit | _Virginia Motor Vehicle Exemption 34-26_ |
| Brief description: _____  Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Debtor 1  *Lamont*  *Harris*

First Name    Middle Name    Last Name

Case number (if known)  19  32214-KRH

---

**Part 2:**  **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: ———<br>Line from *Schedule A/B*: —— | $ ——— | ☐ $ ———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: —— | $ ——— | ☐ $ ———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: —— | $ ——— | ☐ $ ———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: —— | $ ——— | ☐ $ ———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: —— | $ ——— | ☐ $ ———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: —— | $ ——— | ☐ $ ———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: —— | $ ——— | ☐ $ ———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: —— | $ ——— | ☐ $ ———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: —— | $ ——— | ☐ $ ———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: —— | $ ——— | ☐ $ ———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: —— | $ ——— | ☐ $ ———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |
| Brief description: ———<br>Line from *Schedule A/B*: —— | $ ——— | ☐ $ ———<br>☐ 100% of fair market value, up to any applicable statutory limit | ——— |

---

Fill in this information to identify your case:

| Debtor 1 | Lamont Harris | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (if known)   19-32214-KRH

☑ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____              X _____
Signature of Debtor 1                                Signature of Debtor 2

Date 06 / 03 / 2019                        Date ___/___/___
     MM / DD / YYYY                                 MM / DD / YYYY