UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
__Richmond__    Division

In re

LAMONT HARRIS
612 CHIMBORAZO BLVD
RICHMOND, VA 23223

Debtor(s)

Case No.    19 32214-KRH

Chapter    7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___ Involuntary/Voluntary Petition *[Specify reason for amendment:_____]*
*Check if applicable:* ___ Soc. Sec. No. amended. *[If applicable*: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on_____.*]
___ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
___ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
___ Schedule A/B - Property
___ Schedule C - The Property You Claim as Exempt
___ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
___ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
*( $31.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)*  **Check applicable statement(s):**
　　　　　___ Creditor(s) added  ___ Creditor(s) deleted
　　　　　___ Change in amounts owed or classification of debt
　　　　　___ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
　　　　　___ Post-petition creditors added (Schedule of Unpaid Debts)
**REMINDER: Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.
___ Schedule G - Executory Contracts and Unexpired Leases
___ Schedule H – Your Codebtors
___ Schedule I – Your Income
✓ Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.
*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

___ Statement of Financial Affairs
___ Statement of Intention for Individuals Filing Under Chapter 7
___ Chapter 11 List of Equity Security Holders
___ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
___ Attorney's Disclosure of Compensation
___ Other: _____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: _____

Date: __08/23/2019__

_____
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:
Mailing Address:

[amendcs ver. 12/16]    Telephone No.:

Fill in this information to identify your case:

Debtor 1: LAMONT HARRIS

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): 19 32214 KRH

Check if this is:
- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date: __ / __ / ____

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☑ No. Go to line 2.
   - ☐ Yes. Does Debtor 2 live in a separate household?
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   - ☐ No
   - ☑ Yes. Fill out this information for each dependent...........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 21 | ☑ No ☐ Yes |
| Daughter | 17 | ☐ No ☑ Yes |
| Daughter | 11 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ ~~0~~ 500 LH

   If not included in line 4:
   4a. Real estate taxes    4a. $ 0
   4b. Property, homeowner's, or renter's insurance    4b. $ 0
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 0
   4d. Homeowner's association or condominium dues    4d. $ 0

Official Form 106J    Schedule J: Your Expenses    page 1

Debtor 1  Lamont _____ Harris     Case number (if known) 19 32214 KRH

| | | | Your expenses |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ ~~ ~~ 100.00 LH |
| | 6b. Water, sewer, garbage collection | 6b. | $ 0 |
| | 6c. Telephone, cell phone, internet, satellite, and cable services | 6c. | $ ~~ ~~ 100.00 LH |
| | 6d. Other. Specify: _____ | 6d. | $ 0 |
| 7. | Food and housekeeping supplies | 7. | $ 400.00 |
| 8. | Childcare and children's education costs | 8. | $ 150.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. | $ 50.00 |
| 10. | Personal care products and services | 10. | $ 50.00 |
| 11. | Medical and dental expenses | 11. | $ 25.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ ~~ ~~ 400.00 LH |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 0 |
| 14. | Charitable contributions and religious donations | 14. | $ 20.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0 |
| | 15b. Health insurance | 15b. | $ 0 |
| | 15c. Vehicle insurance | 15c. | $ 100.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $ 0 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0 |
| 17. | Installment or lease payments: | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0 |
| | 17c. Other. Specify: _____ | 17c. | $ 0 |
| | 17d. Other. Specify: _____ | 17d. | $ 0 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | $ 0 |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. | $ 0 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| | 20a. Mortgages on other property | 20a. | $ 0 |
| | 20b. Real estate taxes | 20b. | $ 0 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ ~~ ~~ 80.00 LH |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0 |

Official Form 106J    Schedule J: Your Expenses    page 2

Debtor 1 _____    Case number (if known)_____
        First Name    Middle Name    Last Name

21. Other. Specify: _____    21. +$ 0

22. Calculate your monthly expenses.

    22a. Add lines 4 through 21.                                              22a. $ 1975.00  LH
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b. $ 0
    22c. Add line 22a and 22b. The result is your monthly expenses.          22c. $ 1975.00  LH

23. Calculate your monthly net income.

    23a. Copy line 12 (your combined monthly income) from Schedule I.         23a. $ 1830.10
    23b. Copy your monthly expenses from line 22c above.                     23b. -$ 1975.00  LH
    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                              23c. $ ~~█~~

                                                                             -144.90  LH

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes.    Explain here:  DAUGHTER WILL BE ATTENDING COLLEGE NEXT YEAR
                             AFTER GRADUATING IN 2020

Fill in this information to identify your case:

Debtor 1: LAMONT HARRIS
(First Name) (Middle Name) (Last Name)

Debtor 2:
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): 19 32214 - KRH

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
Signature of Debtor 1              Signature of Debtor 2

Date 08 / 23 / 2019              Date ___ / ___ / _____
    MM / DD / YYYY                       MM / DD / YYYY

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
_____RICHMOND_____ Division

In re: LAMONT HARRIS
612 CHIMBORAZO BLVD
RICHMOND, VA 23223
                    Debtor(s)

Case No. 19 32214-KRH
Chapter 7

                    Plaintiff(s)
v.

                    Defendant(s)

Adversary Proceeding No.

### CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title:
Date Document Filed:
Docket Entry No.

I declare under penalty of perjury that (Check one box):

☑ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

LAMONT HARRIS
Name of Pro Se Party (Print or Type)        Name of Pro Se Party (Print or Type)

_____            _____
Signature of Pro Se Party                   Signature of Pro Se Party

Executed on: __8/23/2019__ (Date)

[2090edva ver. 09/17]